Exhibit C

# New York State Driver Application Requirements

[ Enter phone number ]  [ Become a Driver ]

# Applicant Requirement Checklist

**Document Requirements**
- State vehicle inspection (NY, NJ, PA, VT, or CT)
- New York State driver's license
- Vehicle registration
- Personal vehicle insurance
- Driver photo

**Vehicle Requirements**
- 2005 or newer
- 4 doors
- 5-8 seats, including the driver's

Click here to view New York City driver requirements.



## Start an Application

<u>Apply</u> to drive with Lyft.



## Upload Your Documents Online or Come to Our Office

Take photos of each of the documents below and upload them in the <u>Dashboard</u>, or stop by our office:

<u>31-00 47th Ave.</u>, 4th floor
Long Island City, NY 11101

Open Monday through Friday
10 a.m. – 5 p.m., Eastern Time

For additional information, you can text our Operations Support Team at <u>718-715-4203</u>.

### State vehicle inspection (NY, NJ, PA, VT, or CT)

Drivers are required to upload a photo of their New York, New Jersey, Pennsylvania or Vermont state vehicle inspection sticker. Drivers with Connecticut registered vehicles are required to upload their Connecticut Registration Certificate as proof of valid state vehicle inspection.

### New York State driver's license

Drivers are required to have a valid New York State driver's license. A temporary license is acceptable, but be sure to upload your permanent copy when you receive it.

### Vehicle registration

Drivers are required to upload a copy of their vehicle registration.

### Personal vehicle insurance

Drivers are required to have personal vehicle insurance.

passenger's first impression of you when they request a ride.



## Become Approved

Lyft will notify you when you've been approved as a driver. Until then, you can check your application status for updates.

# Get Set to Drive



If you have questions or concerns, stop by our office:

31-00 47th Ave., 4th floor
Long Island City, NY 11101

Open Monday through Friday
10 a.m. – 5 p.m. Eastern Time

# New York State Driver Application Requirements

Enter phone number  |  Become a Driver

## Applicant Requirement Checklist

**Document Requirements**
- State vehicle inspection (NY, NJ, PA, VT, or CT)
- New York State driver's license
- Vehicle registration
- Personal vehicle insurance
- Driver photo

**Vehicle Requirements**
- 2005 or newer
- 4 doors
- 5-8 seats, including the driver's

Click here to view New York City driver requirements.



## Start an Application

Apply to drive with Lyft.



## Upload Your Documents Online or Come to Our Office

Take photos of each of the documents below and upload them in the Dashboard, or stop by our office:

31-00 47th Ave., 4th floor
Long Island City, NY 11101

Open Monday through Friday
10 a.m. – 5 p.m., Eastern Time

For additional information, you can text our Operations Support Team at 718-715-4203.

### State vehicle inspection (NY, NJ, PA, VT, or CT)

Drivers are required to upload a photo of their New York, New Jersey, Pennsylvania or Vermont state vehicle inspection sticker. Drivers with Connecticut registered vehicles are required to upload their Connecticut Registration Certificate as proof of valid state vehicle inspection.

### New York State driver's license

Drivers are required to have a valid New York State driver's license. A temporary license is acceptable, but be sure to upload your permanent copy when you receive it.

### Vehicle registration

Drivers are required to upload a copy of their vehicle registration.

### Personal vehicle insurance

Drivers are required to have personal vehicle insurance.

passenger's first impression of you when they request a ride.



### Become Approved

Lyft will notify you when you've been approved as a driver. Until then, you can check your application status for updates.

## Get Set to Drive



If you have questions or concerns, stop by our office:

31-00 47th Ave., 4th floor
Long Island City, NY 11101

Open Monday through Friday
10 a.m. - 5 p.m. Eastern Time

Drivers must have a for-hire license Issued by the Taxi and Limousine commission (TLC). You may submit either a For-Hire License or a Medallion FHV License.

### Certificate of Liability insurance

All drivers in New York City must have a Certificate of Liability Insurance (COL).

If your name does not appear on the document, you must provide a second document listing your name and matching policy number.

If the policy numbers between the COL and driver list document do not match, you must provide a Policy Cover Sheet.



## Become Approved

In New York City, DMV and criminal background checks are conducted by the Taxi and Limousine Commission (TLC) according to their licensing standards, instead of through Lyft. You'll be an approved driver after Lyft has all of your documents.

# Get Set to Drive