# Exhibit D

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through October 6, 2017.

Selected Entity Name: ENDOR CAR & DRIVER, LLC
Selected Entity Status Information

| | |
|---|---|
| Current Entity Name: | ENDOR CAR & DRIVER, LLC |
| DOS ID #: | 4681697 |
| Initial DOS Filing Date: | DECEMBER 17, 2014 |
| County: | QUEENS |
| Jurisdiction: | NEW YORK |
| Entity Type: | DOMESTIC LIMITED LIABILITY COMPANY |
| Current Entity Status: | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
THE LIMITED LIABILITY COMPANY
31-00 47TH AVENUE
LONG ISLAND CITY, NEW YORK, 11101

**Registered Agent**

NONE

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|

No Information Available

*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| DEC 17, 2014 | Actual | ENDOR CAR & DRIVER, LLC |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through October 6, 2017.

Selected Entity Name: TRI-CITY, LLC
Selected Entity Status Information

**Current Entity Name:** TRI-CITY, LLC
**DOS ID #:** 4604829
**Initial DOS Filing Date:** JULY 10, 2014
**County:** QUEENS
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC LIMITED LIABILITY COMPANY
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
TRI-CITY, LLC
548 MARKET STREET #68514
SAN FRANCISCO, CALIFORNIA, 94104

**Registered Agent**
REGISTERED AGENT REVOKED

, ,

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by viewing the certificate.

***Stock Information**

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through October 6, 2017.

| | |
|---|---|
| Selected Entity Name: | TRI-STATE CAR AND DRIVER, LLC |

**Selected Entity Status Information**

| | |
|---|---|
| Current Entity Name: | TRI-CITY, LLC |
| DOS ID #: | 4604829 |
| Initial DOS Filing Date: | JULY 10, 2014 |
| County: | QUEENS |
| Jurisdiction: | NEW YORK |
| Entity Type: | DOMESTIC LIMITED LIABILITY COMPANY |
| Current Entity Status: | ACTIVE |

**Selected Entity Address Information**

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
TRI-CITY, LLC
548 MARKET STREET #68514
SAN FRANCISCO, CALIFORNIA, 94104

**Registered Agent**
REGISTERED AGENT REVOKED

, ,

This office does not require or maintain information regarding the names and addresses of members or managers of nonprofessional limited liability companies. Professional limited liability companies must include the name(s) and address(es) of the original members, however this information is not recorded and only available by viewing the certificate.

**\*Stock Information**