USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/22/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

CAMILO,

                Plaintiff,

     -against-

LYFT, INC. ET AL.,

                Defendant.

------------------------------------------------------------------ x

17-CV-9116 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

       The Court is in receipt of Defendants Black Car Assistance Corporation and Black Car Operators' Injury Compensation Fund, Inc. (the "Black Car Defendants") February 12, 2018 request for a pre-motion conference in connection with the Black Car Defendants' proposed motion to stay the claims against them pending the resolution of their motion to dismiss in a similar matter pending before Judge Hellerstein. ECF No. 27. The letter indicates that the other parties in this action do not oppose this request. *Id.*

       The Court construes the Black Car Defendants' letter as an unopposed a motion for stay and grants it in part. A motion for remand for lack of subject matter jurisdiction is pending. ECF No. 10. Thus, the matter is stayed as to the Black Car Defendants pending resolution of the motion for remand. Should the Court deny Plaintiff's motion, the stay will remain in place until the decision on the Black Car Defendants' motion to dismiss before Judge Hellerstein is rendered.

**SO ORDERED.**

Dated:    February 22, 2018
            New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      United States District Judge