USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/13/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
CAMILO,

        Plaintiff,

  -against-

LYFT, INC. ET AL.,

        Defendant.
------------------------------------------------------------- x

17-CV-9116 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

  On December 21, 2017, Plaintiff filed a motion to remand this matter to state court. ECF No. 10. On January 10, 2018, the Lyft Defendants filed a letter requesting a pre-motion conference regarding their proposed motion to compel arbitration. ECF No. 16. On January 17, 2018, Plaintiff filed a letter opposing Defendants' request. ECF No. 19. The same day, the Lyft Defendants filed a brief in opposition to Plaintiff's motion to remand. ECF No. 18. That motion was fully briefed as of February 27, 2018 and remains pending. ECF No. 32. The Court scheduled a pre-motion conference regarding the Lyft Defendants' motion to compel arbitration for March 2, 2018, and subsequently adjourned it to March 14, 2018. ECF Nos. 20 & 23.

  Upon further review of the parties' submissions, the Court concludes that, in light of the potential bearing of the decisions on Plaintiff's motion to remand and in *Epic Sys. Corp. v. Lewis*, No. 16-285 (S. Ct.) on the Lyft Defendants' motion to compel arbitration, it would save resources to cancel tomorrow's pre-motion conference, and grant the Lyft Defendants permission to file their motion to compel arbitration, setting the following briefing schedule:

- Defendants' Motion:  April 24, 2018
- Plaintiff's Opposition:  May 8, 2018

- Defendants' Reply (if any):   May 15, 2018

The Court will endeavor to issue a decision on Plaintiff's motion to remand well in advance of the due date for Defendants' motion to compel. Should Plaintiff's motion be granted, Defendants' motion will be rendered moot. However, if Plaintiff's motion is denied, and in the event that the *Epic Sys. Corp.* decision is not rendered by the Supreme Court's April 16, 2018 session, the Court requests that the parties file a joint status report on April 17, 2018 reflecting a revised proposed briefing schedule.

Tomorrow's pre-motion conference is hereby removed from the Court's calendar.

**SO ORDERED.**

**Dated:   March 13, 2018**
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**