# EXHIBIT 2

## TOS1 - One row per user, and unaggregated

Search by user lyft id. ID will not be shown in report. If this report shows more than 1 row, it means that more than 1 "user" was returned.
For more granular breakdown, see this: https://modeanalytics.com/editor/lyft/reports/0cb659150f08

### TOS Consent

|   | first_name | last_name | tos_accepted_at | tos_signage_type |
|---|---|---|---|---|
| 1 | Gustavo | Camilo | 2015-03-18 14:47:55 | App |

### Unaggregated

|   | first_name | last_name | tos_accepted_at | tos_signage_type |
|---|---|---|---|---|
| 1 | Gustavo | Camilo | 2015-03-18 14:47:55 | App |
| 2 | Gustavo | Camilo | 2016-11-17 17:09:30 | App |