UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUSTAVO CAMILO, on behalf of himself and all others similarly situated,<br><br>                        Plaintiff,<br><br>                        v.<br><br>LYFT INC., ENDOR CAR & DRIVER, LLC, TRI-CITY, LLC and TRI-STATE CAR AND DRIVER, LLC, THE BLACK CAR FUND, BLACK CAR ASSISTANCE CORPORATION, and NEW YORK BLACK CAR OPERATORS INJURY COMPENSATION FUND, INC.,<br><br>                        Defendants. | Case No. 1:17-cv-9116-ALC<br><br>**DECLARATION OF DANIEL E. JONES IN SUPPORT OF LYFT DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY LITIGATION** |

I, Daniel E. Jones, declare as follows:

1. The facts contained in this declaration are based on my personal knowledge, and I can testify competently to them if called upon to do so.

2. I am an attorney at the law firm Mayer Brown LLP and represent defendants Lyft, Inc.; Endor Car & Driver, LLC; Tri-City, LLC; and Tri-State Car and Driver, LLC in this action.

3. On June 11, 2018, I visited the American Arbitration Association ("AAA") website at http://www.adr.org. On the web page that was displayed, I placed my cursor over "Practice Areas." On the menu that appeared, I clicked "Consumer." On the web page that was next displayed, I clicked "AAA Consumer Arbitration Rules." Attached as Exhibit 1 is a true and correct copy of the document that was displayed after I clicked that link.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of June, 2018, at Washington, D.C.

                                                              _____
                                                               Daniel E. Jones