UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUSTAVO CAMILO, individually, and on behalf of others similarly situated,<br>       *Plaintiff,*<br><br>-against-<br><br>LYFT INC., ENDOR CAR & DRIVER, LLC, TRI-CITY, LLC and TRI-STATE CAR AND DRIVER, LLC, THE BLACK CAR FUND, BLACK CAR ASSISTANCE CORPORATION, and NEW YORK BLACK CAR OPERATORS INJURY COMPENSATION FUND, INC.,<br><br>       *Defendants.* | Case No. 17-cv-9116-ALC<br><br>**STIPULATION OF DISCONTINUANCE** |

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned attorneys of record for all parties that:

1. Pursuant to Fed. R. Civ. P. 41, Plaintiff Gustavo Camilo's complaint shall be dismissed with prejudice, only as to Defendants the Black Car Fund, Black Car Assistance Corporation, and Black Car Operators' Injury Compensation Fund, Inc. (the "Black Car Defendants"), with Plaintiff and the Black Car Defendants to bear their own costs and attorneys' fees.

2. This Stipulation does not set forth or reflect any discontinuance against any other party to the above-captioned actions.

3. This stipulation may be filed without further notice with the Clerk of the Court.

4. This Stipulation may be executed in counterparts, and each of the said counterparts shall for all purposes be deemed to be an original, and all such counterparts shall together constitute one and the same instrument. A signature on this Stipulation transmitted by electronic means shall have the same effect as an original signature.

Dated: ~~March~~ May 9, 2019

| LAW OFFICE OF JOSEPH A. ROMANO<br><br>_____<br><br>Philip A. DeCaro<br>1776 Eastchester Road, Suite 210<br>Bronx, NY 10561-2334<br>(914) 835-6200<br>Email: phil@decaro.com<br><br>*Attorneys for Plaintiff Gustavo Camilo* | SCHLAM STONE & DOLAN LLP<br><br>_____<br><br>Bradley J. Nash<br>26 Broadway, 19th Floor<br>New York, New York 10004<br>(212) 344-5400<br>Fax: (212) 344-7677<br>Email: bnash@schlamstone.com<br><br>*Attorneys for Defendants the Black Car Fund, Black Car Assistance Corporation, and New York Black Car Operators' Injury Compensation Fund, Inc.* |
|---|---|
| MAYER BROWN LLP<br><br>Archis A. Parasharami /BJN<br>_____<br><br>1999 K Street, NW<br>Washington, DC 20006-1101<br>United States of America<br>(202) 263-3000<br>Email: aparasharami@mayerbrown.com<br><br>*Attorneys for Defendants Lyft Inc., Endor Car & Driver, LLC, Tri-City, LLC, and Tri-State Car & Driver, LLC* | |

**SO ORDERED:**

_____
U.S.D.J.