UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUSTAVO CAMILO, on behalf of himself and all others similarly situated,<br><br>                             Plaintiff,<br><br>                      v.<br><br>LYFT INC., ENDOR CAR & DRIVER, LLC, TRI-CITY, LLC and TRI-STATE CAR AND DRIVER, LLC, THE BLACK CAR FUND, BLACK CAR ASSISTANCE CORPORATION, and NEW YORK BLACK CAR OPERATORS INJURY COMPENSATION FUND, INC.,<br><br>                             Defendants. | Case No. 1:17-cv-9116-ALC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Gustavo Camilo hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendants Lyft, Inc.; Endor Car & Driver, LLC; Tri-City, LLC; and Tri-State Car and Driver, LLC (the "Lyft Defendants").

Dated: September 21, 2020
                                                                   LAW OFFICE OF JOSEPH A. ROMANO

                                                                   By: */s/ Philip A. DeCaro*
                                                                         Philip A. DeCaro (2111)
                                                                         1776 Eastchester Road, Suite 210
                                                                         Bronx, NY 10561-2334
                                                                         (914) 965-1515
                                                                         j.romano@romanolegalservices.com

                                                                      *Counsel for Plaintiff Gustavo Camilo*